**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 20-40226-399** |
| KEONNA ANDREA COBBS | ) | **Chapter 13** |
| | ) | |
| | ) | **Trustee's Objection to Confirmation** |
| | ) | Original Confirmation Hearing set for: |
| | ) | March 3, 2020  10:00 am |
| Debtor | ) | |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1.  Statement of Affairs #27 is incomplete.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: February 13, 2020

OBJCONFAF--KLW

/s/ Kathy Wright
Kathy Wright MO31047
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on February 13, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 13, 2020.

KEONNA ANDREA COBBS
5407 TENNESSEE AVE
SAINT LOUIS, MO  63111

/s/ Kathy Wright
Kathy Wright MO31047