# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURIEASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.   20-40226-399 |
| Keona Andrea Cobbs | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Response to Trustee's Objection |
| | ) | to Confirmation of Plan |
| | ) | |
| | ) | |

### RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, Debtor, by and through Debtor's undersigned Counsel, and respond to Trustee's Objection to Confirmation of plan which is as follows:

Trustee objected to Confirmation of Plan on the ground that SOFA# 27 is incomplete. Debtor states that with 4 years prior to filing of bankruptcy she did not own any business or have any connection to any business. Debtor has already selected "no" as an answer for SOFA #27, filed on 01/16/2020. Debtor further states that she does not owe any business. She is a life insurance agent and just receives commission on sales.

WHEREFORE, Debtor prays that this honorable Court deny Trustee's Objection to Confirmation of Debtor's Plan and confirms Debtor's Chapter 13 Plan.

RESPECTFULLY SUBMITTED,
A&L Licker Law Firm, LLC
By:     /s/ Tobias Licker
Tobias Licker, MO #56778
1861 Sherman Dr.
St. Charles, MO 63303
(636) 916-5400
(fax) (636) 916-5402
email: Tobias@lickerlawfirm.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **foregoing document** was filed electronically on 2/27/2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the **foregoing document** was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on 2/27/2020.

      /s/ Saloni Mehta

Diana S. Daugherty
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of the US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127