UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 20-40226-399  Chapter 13 |
| KEONNA ANDREA COBBS ) | Plan Pmt:     $   560.00/Month |
| ) | Term:           60 Months |
| ) | |
| Debtor ) | |

### CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

#### CERTIFICATION

    **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtor's schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: April 10, 2020
CNFORD--SI

Original Confirmation hearing set for:
March 03, 2020

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

#### ORDER

    It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  **The automatic stay under 11 U.S.C. § 362 and 11 U.S.C. § 1301 is terminated as to any collateral listed in 3.9(B) of the plan.**  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: April 14, 2020**
**St. Louis, Missouri**

**Barry S. Schermer**
**United States Bankruptcy Judge**

| 20-40226-399 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |
|---|---|---|

Copy mailed to:
KEONNA ANDREA COBBS
5407 TENNESSEE AVE
SAINT LOUIS, MO  63111

Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

LAW OFFICES OF TOBIAS LICKER
1861 SHERMAN DR
ST CHARLES, MO  63303

```
                        United States Bankruptcy Court
                          Eastern District of Missouri
In re:                                                      Case No. 20-40226-bss
Keonna Andrea Cobbs                                         Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0865-4          User: admin            Page 1 of 1          Date Rcvd: Apr 15, 2020
                              Form ID: pdfo4         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db             +Keonna Andrea Cobbs,    5407 Tennessee Avenue,    St Louis, MO 63111-1817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Diana S. Daugherty    standing_trustee@ch13stl.com, trust33@ch13stl.com
              Lynn   Travis    on behalf of Debtor Keonna Andrea Cobbs Lynn@lickerlawfirm.com,
               s.lickerlawfirm@gmail.com,
               tobliecf@gmail.com;TobiasLicker@hotmail.com;a.lickerlawfirm@gmail.com;d.lickerlawfirm@gmail.com;m
               .lickerlawfirm@gmail.com;LickerTR46591@notify.bestcase.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
              Tobias  Licker    on behalf of Debtor Keonna Andrea Cobbs Tobiaslickerhotmail@gmail.com,
               tobliecf@gmail.com;a.lickerlawfirm@gmail.com;d.lickerlawfirm@gmail.com;m.lickerlawfirm@gmail.com;
               LickerTR46591@notify.bestcase.com;j.lickerlawfirm@gmail.com;c.lickerlawfirm@gmail.com;s.lickerlaw
               firm@gmail.com
                                                                                             TOTAL: 4
```